IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * CRIMINAL NO. 10-00184-CG |
| v. | * |
| | * |
| BRUCE BURTON BEMIS | * |

**FINAL JUDGMENT OF FORFEITURE**

On January 26, 2010, pursuant to a guilty plea entered by defendant **BRUCE BURTON BEMIS** to Counts One and Two of the Indictment charging him with possessing and attempting to possess material containing images of child pornography in violation of Title 18 U.S.C. § § 2252(a)(5)(B) and 2256(8)(A). The defendant admitted to the forfeiture allegations and agreed to immediately forfeit to the United States all of his right, title, and interest to all property which is set forth in the Indictment and which is forfeitable to the United States pursuant to Title 21 United States Code, Section 2253. Pursuant to the guilty plea, Defendant, **BRUCE BURTON BEMIS**, agreed to and confessed to forfeit the following property:

**(1) One Toshiba laptop computer, with aircard and power cord, SN: 8710099Q.**

The United States properly published notice of the forfeiture of the above-described property and the requirements for filing a claim for the property for 30 consecutive days starting April 28, 2011, on www.forfeiture.gov. A Proof of Publication was filed on May 31, 2011, (Doc. 37), specifying the details of this

1

publication. No third parties have come forward to assert an interest in the subject property in the time required under Title 21 U.S.C. §853(n)(2).

Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED** that the following property is forfeited to the United States of America pursuant to Title 21, United States Code, Section 841(a)(1) and 853, and Federal Rule of Criminal Procedure 32.2(b), for disposition according to law:

**(1) One Toshiba laptop computer, with aircard and power cord, SN: 8710099Q.**

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward three (3) certified copies of this Order to Assistant United States Attorney Sean P. Costello.

**DONE** and **ORDERED** this 10th day of June, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE